Submitted on record and briefs July 24, reversed and remanded August 22, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SCOTT LOUIS SULLIVAN,
*Defendant-Appellant.*

Umatilla County Circuit Court
CFH040265; A131814

166 P3d 580

James N. Varner filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, filed the brief for respondent.

Before Landau, Presiding Judge, and Brewer, Chief Judge, and Schuman, Judge.

PER CURIAM

